## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 465**

In the Matter of                                                                 Case Number:

James Musial v. Citizens bank & Trust Company of Chicago

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

James E. Musial

**JUDGE CASTILLO**
**MAGISTRATE JUDGE SCHENKIER**

| |
|---|
| NAME (Type or print)<br>Howard L. Teplinsky |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Howard L. Teplinsky |
| FIRM<br>Ottenheimer Teplinsky Rosenbloom, LLC |
| STREET ADDRESS<br>750 Lake Cook Rd., Suite 140 |
| CITY/STATE/ZIP<br>Buffalo Grove, Illinois 60089 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6197501 | 847- 520-9400 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT