U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | James Musial v. Citizens Bank & Trust Company of Chicago | Case Number: | 08 C 465 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Citizens Bank & Trust Company of Chicago

| |
|---|
| NAME (Type or print)<br>Lawrence M. Karlin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Lawrence M. Karlin |
| FIRM<br>Lupel   Weininger, LLP |
| STREET ADDRESS<br>30 North LaSalle Street, Suite 3520 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3125137 | TELEPHONE NUMBER<br>(312) 260-7700 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] |
|---|