IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

| | |
|---|---|
| JAMES E. MUSIAL,<br><br>      Plaintiff,<br><br>v.<br><br>CITIZENS BANK & TRUST COMPANY OF CHICAGO, an Illinois banking corporation,<br><br>      Defendant. | )<br>)<br>)<br>) **No. 08 C 465**<br>)<br>) Judge Castillo<br>) Magistrate Judge Schenkier<br>)<br>)<br>) |

**NOTICE OF FILING**

TO:    Howard L. Teplinsky
         Ottenheimer, Teplinsky, Rosenbloom, LLC
         750 Lake Cook Road, Suite 140
         Buffalo Grove, IL 60089

       **PLEASE TAKE NOTICE** that on February 21, 2008, the undersigned filed with the United States District Court for the Northern District of Illinois, Eastern Division, the appearances of Warren Lupel and Lawrence M. Karlin in the captioned matter, copies of which are hereby served upon you.

                                           **CITIZENS BANK & TRUST COMPANY OF CHICAGO**

                                           By:   s/ Lawrence M. Karlin
                                                          One of Defendant's Attorneys

Warren Lupel, Esq. ARDC #01708872
Lawrence Karlin, ARDC# 3125137
30 N. LaSalle Street, Suite 3520
Chicago, Illinois 60602
(312) 260-7700

9508