**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

James Musial

                              Plaintiff,

v.                                         Case No.: 1:08−cv−00465
                                            Honorable Ruben Castillo

Citizens Bank & Trust Company of Chicago

                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, March 10, 2008:

      MINUTE entry before Judge Ruben Castillo :Defendant to answer or otherwise plead to the complaint on or before 4/4/2008. Parties to file the joint status report on or before 4/15/2008. Settlement conference reset to 4/18/2008 at 11:00 AM. Settlement conference set for 3/18/2008 is vacated.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.