IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

| | |
|---|---|
| JAMES E. MUSIAL,<br><br>      Plaintiff,<br><br>v.<br><br>CITIZENS BANK & TRUST COMPANY OF CHICAGO, an Illinois banking corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 08 C 465**<br><br>Judge Castillo<br>Magistrate Judge Schenkier<br><br>LW No.: 0138.05 |

### NOTICE OF FILING

TO:    Howard L. Teplinsky
           Ottenheimer, Teplinsky, Rosenbloom, LLC
           750 Lake Cook Road, Suite 140
           Buffalo Grove, IL 60089

      **PLEASE TAKE NOTICE** that on April 4, 2008, the undersigned filed with the United States District Court for the Northern District of Illinois, Eastern Division, the ANSWER, AFFIRMATIVE DEFENSES and JURY DEMAND of CITIZENS BANK & TRUST OF CHICAGO a copy of the Answer, Affirmative Defenses and Jury Demand, together with this Notice, is hereby served upon you.

                                        **CITIZENS BANK & TRUST COMPANY OF CHICAGO**

                                        By:    s/Lawrence M. Karlin
                                                    One of Defendant's Attorneys

Warren Lupel, Esq. ARDC #01708872
Lawrence Karlin, ARDC# 3125137
Lupel Weininger LLP
30 N. LaSalle Street
Suite 3520
Chicago, Illinois 60602
312-260-7700

**CERTIFICATE OF SERVICE**

  Under penalties as provided pursuant to 28 U.S.C. § 1746, the undersigned certifies that on April 4, 2008 she caused a copy of this Notice and the Defendant's Answer, Affirmative Defenses and Jury Demand to be served on:

  (i)  the Filing Users listed below pursuant to ECF:

    Howard L. Teplinsky
    Ottenheimer, Teplinsky, Rosenbloom, LLC
    750 Lake Cook Road, Suite 140
    Buffalo Grove, IL 60089

            s/Marilyn Chauncey

10373          2