

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 14 2008
4-14-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| JAMES E. MUSIAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 C 465 |
| | ) | |
| CITIZENS BANK & TRUST COMPANY OF | ) | Judge Castillo |
| CHICAGO, an Illinois banking corporation, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | LW No.: 0138.05 |
| | ) | |

## NOTICE OF SERVICE OF DISCOVERY

TO:  Howard L. Teplinsky
Ottenheimer, Teplinsky, Rosenbloom, LLC
750 Lake Cook Road, Suite 140
Buffalo Grove, IL 60089

On April 9, 2008, the undersigned caused to be served upon each person named above the following discovery documents:

1. Defendant's First Set of Interrogatories

2. Defendant's Request for Production of Documents,

together with a copy of this notice.

CITIZENS BANK & TRUST COMPANY OF CHICAGO

By: _____
Lawrence M. Karlin

Lawrence M. Karlin
LUPEL WEININGER LLP
30 N. LaSalle Street, Ste. 3520
Chicago, IL 60602
Phone: 312-260-7700
Firm I.D. #42858

10460

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to 735 ILCS 5/1-109 that she caused a copy of this Notice of Service of Discovery and the documents referenced therein to be served upon the above noted attorney at his respective address by depositing same in the U.S. Mail, First Class postage prepaid, at 30 N. LaSalle Street, Chicago, IL 60602 on April 9, 2008.

Eileen M. Clarke