UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

James Musial

          Plaintiff,

v.                        Case No.: 1:08−cv−00465
                        Honorable Ruben Castillo

Citizens Bank & Trust Company of Chicago

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 18, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Settlement conference held in chambers on 4/18/2008. The Court specifically requests the parties to personally discuss the issue of settlement during the next 14 days. Plaintiff's attorney should make a written settlement demand to defendant's attorney within seven days. This case is referred to Magistrate Judge Schenkier for an expedited settlement conference.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.