UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

James Musial

                Plaintiff,

v.                                     Case No.: 1:08−cv−00465
                                                     Honorable Ruben Castillo

Citizens Bank & Trust Company of Chicago

                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: settlement conference.(rao, )Mailed notice.

Dated: April 18, 2008

                                                                 /s/ Ruben Castillo

                                                              United States District Judge