UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

James Musial

                    Plaintiff,

v.                                                 Case No.: 1:08−cv−00465
                                                 Honorable Ruben Castillo

Citizens Bank & Trust Company of Chicago

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable Sidney I. Schenkier: Telephone status conference held. The matter is set for a settlement conference in chambers 1756 on June 26, 2008 at 10:00 a.m. The settlement conference will be conducted in accordance with the Court's Standing Order on Instructions for Settlement Conference, which is enclosed and which can also be accessed from the Court's Website at http://www.ilnd.uscourts.gov/JUDGE/SCHENKIER/sispa ge.htm. The schedule for exchange demand and offer letters set forth in the standing order is as follows: plaintiff's counsel shall serve on defense counsel a written settlement demand by June 12, 2008. Defense counsel shall serve on plaintiff's counsel a written settlement offer by June 20, 2008. The defense counsel shall deliver copies of these letters to chambers by noon on June 23, 2008. Parties with full and complete settlement authority must attend the conference. Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.