## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

James Musial

                     Plaintiff,

v.                                       Case No.: 1:08−cv−00465
                                                Honorable Ruben Castillo

Citizens Bank & Trust Company of Chicago

                     Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Settlement conference held. Settlement reached. Parties consent to the jurisdiction of the magistrate judge. All matters subject to the referral having been concluded, the referral is hereby terminated. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.