# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 465 | **DATE** | 7/2/2008 |
| **CASE TITLE** | Musial vs. Citizens Bank & Trst Co. Of Chicago | | |

**DOCKET ENTRY TEXT**

Pursuant to the settlement of the parties, the case is dismissed without prejudice, with leave to seek reinstatement by 07/30/08. If the case is nor reinstated by that date, or there is no motion for reinstatement pending, then as of 07/31/08 the dismissal will be with prejudice.

Docketing to mail notices.



| | Courtroom Deputy Initials: | mm |
|---|---|---|